IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     CASE NO. 15-00130 EAG

JEREMY ROSADO MATIAS     CHAPTER 13

DEBTORS

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

    COMES NOW, JEREMY ROSADO MATIAS debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

    1. Debtor is hereby submitting an amended Plan dated April 21, 2015, herewith and attached to this motion.

    WHEREFORE, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

    I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant, debtors; and to all creditors and parties in the above captioned case.

    RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 21st day of April, 2015.

/s/Miriam A. Murphy-Lightbourn
MIRIAM A. MURPHY-LIGHTBOURN
USDC 202814
PO BOX 372519.
CAYEY, PUERTO RICO 00737
PHONE: 263-2377; FAX: 738-4667
EMAIL: mamurphyli82@gmail.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **2:15-bk-130**

**ROSADO MATIAS, JEREMY**     Chapter **13**

Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **4/21/2015**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **60** = $ **12,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **12,000.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **12,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,718.00**

Signed: **/s/ JEREMY ROSADO MATIAS**
       Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. ____   Cr. ____
# **Claim 4**   # ____   # ____
$ **7,597.77**   $ ____   $ ____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ____   Cr. ____   Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____   Cr. ____   Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____   Cr. ____   Cr. ____
# ____   # ____   # ____
$ ____   $ ____   $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds, if any, will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."

Attorney for Debtor **Miriam A. Murphy Murphy Law Office**     Phone: **(787) 263-2377**

AMENDED CHAPTER 13 PAYMENT PLAN

ROSADO MATIAS, JEREMY
ROAD 1 KM 87 HM 1 BARRIO COCO VIEJO
CASA 114
SALINAS, PR 00751

SERGIO A. RAMIREZ DE ARELLANO
BANCO POPULAR CENTER
STE 1022 209 MUNOZ RIVERA AVE.
SAN JUAN, PR 00918-1009

Miriam A. Murphy
Murphy Law Office
PO BOX 372519
CAYEY, PR 00737-2519

SISTEMA DE RETIRO
P O BOX 21769
SAN JUAN, PR 00931

AEELA
P O BOX 70199
SAN JUAN, PR 00936

TRANSWORLD SYSTEMS INC
P O BOX 17221
WILMINGTON, DE 19850

ASUME
P O BOX 71414
SAN JUAN, PR 00936

WALESKA MONTES RIVERA
CARR 1 KM 87.1 CASA 114
BO COCO VIEJO
SALINAS, PR 00751

ATT SERVICES
P O BOX 192830
SAN JUAN, PR 00919

BANCO POPULAR DE PR
P O BOX 362708
SAN JUAN, PR 00936

CHOICE CABLE TV
P O BOX 204
MERCEDITA, PR 00715

FIDELITY INVESTMENTS
P O BOX 673008
DALLAS, TX 75267-3008

LIZMAR URRUTIA
BO PASO SECO
SANTA ISABEL, PR 00756

SEARS
P O BOX 6283
SIOUX FALLS, SD 57117